745 A.2d 539

IN THE MATTER OF CHARLES D. SCOTT.

Argued February 1, 2000—Decided March 1, 2000.

*Rosalind E. Asch* argued the cause for appellants Konica Business Machines and Zurich–American Insurance Group (*Jones, Jones, Gluck, Larkin & O'Connell*, attorneys).

*Paul A. Schwartz* argued the cause for respondent, Charles D. Scott, (*Goldstein, Ballen, O'Rourke & Wildstein*, attorneys).

*Ellen A. Reichart,* Deputy Attorney General, submitted a brief on behalf of *amicus curiae,* State of New Jersey, Department of Labor, Board of Review (*John J. Farmer, Jr.,* Attorney General of New Jersey, attorney, *Mary C. Jacobson,* Assistant Attorney General, of counsel).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Stern's opinion of the Appellate Division, reported at 321 *N.J.Super.* 60, 728 *A.*2d 260 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, STEIN, COLEMAN, LONG, VERNIERO and LaVECCHIA—7.

*Opposed*—None.